American National Red Cross  431 18th Street NW  Washington, DC 20006  +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alesia Brewer | American National Red Cross | 404429 | 01/13/2018 | 01/26/2018 | 02/02/2018 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,589.87 | 39.51 | 275.71 | 19.87 | 1,254.78 |
| YTD | 4,611.65 | 118.53 | 810.10 | 57.65 | 3,625.37 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Drive End Time | 01/13/2018-01/26/2018 | 0 | 25 | 50.00 | 125.00 |
| Evening Shift | 01/13/2018-01/26/2018 | 2.8833 | 1.75 | 5.06 | 8.60 |
| Floating Holiday | | | | | 146.40 |
| Non-Worked Hr-Guar | 01/13/2018-01/26/2018 | 12.36 | 18.3 | 226.20 | 544.09 |
| Holiday | | | | | 292.80 |
| Incentive Pay | | | | | 10.00 |
| Overtime Premium | 01/13/2018-01/19/2018 | 2.55 | 9.48 | 24.18 | 24.18 |
| Overtime Straight | 01/13/2018-01/19/2018 | 2.55 | 18.3 | 46.67 | 46.67 |
| Paid Time Off | | | | | 732.00 |
| Hourly Pay | 01/13/2018-01/26/2018 | 66.9167 | 18.3 | 1,224.58 | 2,611.44 |
| Details Not Displayed | | | | 13.18 | 70.47 |
| Earnings | | | | 1,589.87 | 4,611.65 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 96.12 | 278.57 |
| Medicare | 22.48 | 65.15 |
| Federal Withholding | 46.72 | 146.31 |
| State Tax - PA | 47.60 | 137.94 |
| SUI-Employee Paid - PA | 0.93 | 2.70 |
| City Tax - PHILA | 61.86 | 179.43 |
| Employee Taxes | 275.71 | 810.10 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Ins-Union | 39.51 | 118.53 |
| Pre Tax Deductions | 39.51 | 118.53 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Union Dues $ | 19.87 | 57.65 |
| Post Tax Deductions | 19.87 | 57.65 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,550.36 | 4,493.12 |
| Medicare - Taxable Wages | 1,550.36 | 4,493.12 |
| Federal Withholding - Taxable Wages | 1,550.36 | 4,493.12 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 6 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 16 |
| PTO - 7 Day Lag | 7.08 | 0 | 45.15 |
| Sick Leave Bank | 0 | 0 | 52.2 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank Name | Bank Name ******4685 | ******4685 | | 1,254.78 | USD |

American National Red Cross   431 18th Street NW   Washington, DC 20006   +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alesia Brewer | American National Red Cross | 404429 | 01/27/2018 | 02/09/2018 | 02/16/2018 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,469.11 | 39.51 | 244.23 | 18.36 | 1,167.01 |
| YTD | 6,080.76 | 158.04 | 1,054.33 | 76.01 | 4,792.38 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Drive End Time | | | | | 125.00 |
| Evening Shift | 01/27/2018-02/09/2018 | 2.9333 | 1.75 | 5.15 | 13.75 |
| Floating Holiday | | | | | 146.40 |
| Non-Worked Hr-Guar | 01/27/2018-02/09/2018 | 11.93 | 18.3 | 218.33 | 762.42 |
| Holiday | | | | | 292.80 |
| Incentive Pay | | | | | 10.00 |
| Overtime Premium | | | | | 24.18 |
| Overtime Straight | | | | | 46.67 |
| Paid Time Off | 01/27/2018-02/09/2018 | 8 | 18.3 | 146.40 | 878.40 |
| Hourly Pay | 01/27/2018-02/09/2018 | 56.1667 | 18.3 | 1,027.86 | 3,639.30 |
| Details Not Displayed | | | | 71.37 | 141.84 |
| Earnings | | | | 1,469.11 | 6,080.76 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 88.64 | 367.21 |
| Medicare | 20.73 | 85.88 |
| Federal Withholding | 32.96 | 179.27 |
| State Tax - PA | 43.89 | 181.83 |
| SUI-Employee Paid - PA | 0.85 | 3.55 |
| City Tax - PHILA | 57.16 | 236.59 |
| Employee Taxes | 244.23 | 1,054.33 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Ins-Union | 39.51 | 158.04 |
| Pre Tax Deductions | 39.51 | 158.04 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Union Dues $ | 18.36 | 76.01 |
| Post Tax Deductions | 18.36 | 76.01 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,429.60 | 5,922.72 |
| Medicare - Taxable Wages | 1,429.60 | 5,922.72 |
| Federal Withholding - Taxable Wages | 1,429.60 | 5,922.72 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 6 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 16 |
| PTO - 7 Day Lag | 7.08 | 8 | 44.23 |
| Sick Leave Bank | 0 | 0 | 52.2 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank Name | Bank Name ******4685 | ******4685 | | 1,167.01 | USD |

American National Red Cross   431 18th Street NW   Washington, DC 20006   +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alesia Brewer | American National Red Cross | 404429 | 02/10/2018 | 02/23/2018 | 03/02/2018 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,641.08 | 39.51 | 293.27 | 20.51 | 1,287.79 |
| YTD | 7,721.84 | 197.55 | 1,347.60 | 96.52 | 6,080.17 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Drive End Time | 02/10/2018-02/23/2018 | 0 | 25 | 75.00 | 200.00 |
| Evening Shift | 02/10/2018-02/16/2018 | 1.6 | 1.75 | 2.80 | 16.55 |
| Floating Holiday | | | | | 146.40 |
| Non-Worked Hr-Guar | 02/10/2018-02/23/2018 | 5.6633 | 18.3 | 103.65 | 866.07 |
| Holiday | | | | | 292.80 |
| Incentive Pay | 02/10/2018-02/16/2018 | 0 | 0 | 40.00 | 50.00 |
| Overtime Premium | 02/10/2018-02/16/2018 | 2.0967 | 9.99 | 20.95 | 45.13 |
| Overtime Straight | 02/10/2018-02/16/2018 | 2.0967 | 18.3 | 38.37 | 85.04 |
| Paid Time Off | 02/10/2018-02/23/2018 | 16 | 18.3 | 292.80 | 1,171.20 |
| Hourly Pay | 02/10/2018-02/23/2018 | 56.5833 | 18.3 | 1,035.48 | 4,674.78 |
| Details Not Displayed | | | | 32.03 | 173.87 |
| Earnings | | | | 1,641.08 | 7,721.84 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 99.30 | 466.51 |
| Medicare | 23.22 | 109.10 |
| Federal Withholding | 56.77 | 236.04 |
| State Tax - PA | 49.17 | 231.00 |
| SUI-Employee Paid - PA | 0.96 | 4.51 |
| City Tax - PHILA | 63.85 | 300.44 |
| Employee Taxes | 293.27 | 1,347.60 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Ins-Union | 39.51 | 197.55 |
| Pre Tax Deductions | 39.51 | 197.55 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Union Dues $ | 20.51 | 96.52 |
| Post Tax Deductions | 20.51 | 96.52 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,601.57 | 7,524.29 |
| Medicare - Taxable Wages | 1,601.57 | 7,524.29 |
| Federal Withholding - Taxable Wages | 1,601.57 | 7,524.29 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 6 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 16 |
| PTO - 7 Day Lag | 7.08 | 16 | 35.31 |
| Sick Leave Bank | 0 | 0 | 52.2 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Bank Name | Bank Name ******4685 | ******4685 | | 1,287.79 USD |

American National Red Cross   431 18th Street NW   Washington, DC 20006   +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alesia Brewer | American National Red Cross | 404429 | 02/24/2018 | 03/09/2018 | 03/16/2018 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,489.34 | 39.51 | 249.22 | 18.62 | 1,181.99 |
| YTD | 9,211.18 | 237.06 | 1,596.82 | 115.14 | 7,262.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Drive End Time | 02/24/2018-03/02/2018 | 0 | 25 | 25.00 | 225.00 |
| Evening Shift | 03/03/2018-03/09/2018 | 0.1167 | 1.75 | 0.21 | 16.76 |
| Floating Holiday | | | | | 146.40 |
| Non-Worked Hr-Guar | 02/24/2018-03/09/2018 | 19.2167 | 18.3 | 351.68 | 1,217.75 |
| Holiday | | | | | 292.80 |
| Incentive Pay | | | | | 50.00 |
| Overtime Premium | 02/24/2018-03/02/2018 | 0.0033 | 9.485 | 0.04 | 45.17 |
| Overtime Straight | 02/24/2018-03/02/2018 | 0.0033 | 18.3 | 0.07 | 85.11 |
| Paid Time Off | | | | | 1,171.20 |
| Hourly Pay | 02/24/2018-03/09/2018 | 57.7833 | 18.3 | 1,057.44 | 5,732.22 |
| Details Not Displayed | | | | 54.90 | 228.77 |
| Earnings | | | | 1,489.34 | 9,211.18 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 89.89 | 556.40 |
| Medicare | 21.02 | 130.12 |
| Federal Withholding | 34.98 | 271.02 |
| State Tax - PA | 44.51 | 275.51 |
| SUI-Employee Paid - PA | 0.87 | 5.38 |
| City Tax - PHILA | 57.95 | 358.39 |
| Employee Taxes | 249.22 | 1,596.82 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Ins-Union | 39.51 | 237.06 |
| Pre Tax Deductions | 39.51 | 237.06 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Union Dues $ | 18.62 | 115.14 |
| Post Tax Deductions | 18.62 | 115.14 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,449.83 | 8,974.12 |
| Medicare - Taxable Wages | 1,449.83 | 8,974.12 |
| Federal Withholding - Taxable Wages | 1,449.83 | 8,974.12 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 6 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 16 |
| PTO - 7 Day Lag | 7.08 | 0 | 42.39 |
| Sick Leave Bank | 0 | 0 | 52.2 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank Name | Bank Name ******4685 | ******4685 | | 1,181.99 | USD |

American National Red Cross  431 18th Street NW  Washington, DC 20006  +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alesia Brewer | American National Red Cross | 404429 | 03/10/2018 | 03/23/2018 | 03/30/2018 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,592.50 | 39.51 | 279.34 | 19.91 | 1,253.74 |
| YTD | 10,803.68 | 276.57 | 1,876.16 | 135.05 | 8,515.90 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Drive End Time | 03/17/2018-03/23/2018 | 0 | 25 | 50.00 | 275.00 |
| Evening Shift | 03/10/2018-03/23/2018 | 5.1 | 1.75 | 8.94 | 25.70 |
| Floating Holiday | | | | | 146.40 |
| Non-Worked Hr-Guar | 03/10/2018-03/23/2018 | 10.4333 | 18.3 | 190.94 | 1,408.69 |
| Holiday | | | | | 292.80 |
| Incentive Pay | 03/10/2018-03/16/2018 | 0 | 0 | 30.00 | 80.00 |
| Overtime Premium | 03/10/2018-03/16/2018 | 1.4133 | 9.59 | 13.56 | |
| Overtime Premium | 03/17/2018-03/23/2018 | 0.0033 | 9.825 | 0.04 | 58.77 |
| Overtime Straight | 03/10/2018-03/23/2018 | 1.4167 | 18.3 | 25.94 | 111.05 |
| Paid Time Off | | | | | 1,171.20 |
| Details Not Displayed | | | | 1,273.08 | 7,234.07 |
| Earnings | | | | 1,592.50 | 10,803.68 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 96.28 | 652.68 |
| Medicare | 22.52 | 152.64 |
| Federal Withholding | 49.96 | 320.98 |
| State Tax - PA | 47.68 | 323.19 |
| SUI-Employee Paid - PA | 0.94 | 6.32 |
| City Tax - PHILA | 61.96 | 420.35 |
| Employee Taxes | 279.34 | 1,876.16 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Ins-Union | 39.51 | 276.57 |
| Pre Tax Deductions | 39.51 | 276.57 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Union Dues $ | 19.91 | 135.05 |
| Post Tax Deductions | 19.91 | 135.05 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,552.99 | 10,527.11 |
| Medicare - Taxable Wages | 1,552.99 | 10,527.11 |
| Federal Withholding - Taxable Wages | 1,552.99 | 10,527.11 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 6 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 16 |
| PTO - 7 Day Lag | 7.08 | 0 | 49.47 |
| Sick Leave Bank | 0 | 0 | 52.2 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank Name | Bank Name ******4685 | ******4685 | | 1,253.74 | USD |