# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12200-MDC

ALESIA  BREWER

5815 AKRON STREET

PHILADELPHIA, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALESIA  BREWER

    5815 AKRON STREET

    PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

Date: 6/21/2018

                            /S/ William C. Miller
                            _____

                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee