# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 18-12200-MDC

ALESIA BREWER

5815 AKRON STREET

PHILADELPHIA, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ALESIA BREWER

    5815 AKRON STREET

    PHILADELPHIA, PA 19149

**Counsel for debtor(s), by electronic notice only.**
    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                        /s/ William C. Miller

Date: 10/17/2018

                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee