# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Alesia Brewer**                                                                 Case No.  **18-12200/MDC**

                                               Debtor(s)                                  Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018 a copy of the Proof of Claim of Attorney's Fees was served electronically or by regular United States mail to the parties listed below.

William C. Miller, Chapter 13 Trustee

US Trustee

Alesia Brewer
5815 Akron Street
Philadelphia, PA 19149

/s/ Bradly E. Allen, Esquire

**7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**