# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Alesia Brewer**  
Debtor(s)

Case No. **18-12200/mdc**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019 a copy of the Order Dismissing Chapter 13 Case and Setting Deadline for Application for Allowance of Administrative Expenses along with Notice of Application For Compensation was served electronically or by regular United States mail to parties listed below :

**Served electronically to:**

**William C. Miller, Chapter 13 Trustee**

**U.S. Trustee**

**Rebecca Ann Solarz**
**on behalf of Midfirst Bank**

**Served by first class mail to:**

**Alesia Brewer**
**5815 Akron Street**
**Philadelphia, PA 19149**

**US Dept of HUD**
**451 7th Street SW**
**Washington, DC  20410**

**PGW**
**800 W. Montgomery Ave.**
**Philadelphia, PA 19122**

**American Credit Accept.**
**961 E. Main St.**
**Spartanburg, SC 29302**

**PECO**
**2301 Market St.**
**Philadelphia, PA 19101**

**Westlake Financial Services**
**4751 Wilshire Blvd. Ste. 100**
**Los Angeles, CA  90010**

**LVNV Funding**
**Resurgent Capital Services**
**PO Box 10587**
**Greenville, SC  29603**

**City of Philadelphia**
**Law Dept.**
**1401 JFK Blvd.**
**Philadelphia, PA 19102**

**US Dept of Education**
**PO Box 16448**
**St. Paul, MN  55116**

/s/ Bradly E. Allen, Esquire
**Bradly E. Allen, Esquire**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**