**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Alesia Brewer | | |
| | : | NO. 18-12200/mdc |

**PRAECIPE TO WITHDRAW**
**CERTIFICATE OF SERVICE**

TO THE CLERK:

Kindly withdraw **the Certificate of Service Docket #43 in the above matter.** .

                                                            **/s/BRADLY E. ALLEN**
                                                            BRADLY E. ALLEN,
                                                            Attorney for Debtor

Dated: 1/21/2019