# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Alesia Brewer**    Case No.    **18-12200/mdc**
Debtor(s)    Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019 a copy of the Notice of Application For Compensation and Reimbursement of Expenses was served electronically or by regular United States mail to parties listed below :

**Served electronically to:**

**William C. Miller, Chapter 13 Trustee**

**U.S. Trustee**

**Rebecca Ann Solarz
on behalf of Midfirst Bank**

**Served by first class mail to:**

**Alesia Brewer
5815 Akron Street
Philadelphia, PA 19149**

**US Dept of HUD
451 7th Street SW
Washington, DC  20410**

**PGW
800 W. Montgomery Ave.
Philadelphia, PA 19122**

**American Credit Accept.
961 E. Main St.
Spartanburg, SC 29302**

**PECO
2301 Market St.
Philadelphia, PA 19101**

**Westlake Financial Services
4751 Wilshire Blvd. Ste. 100
Los Angeles, CA  90010**

**LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603**

**City of Philadelphia
Law Dept.
1401 JFK Blvd.
Philadelphia, PA 19102**

**US Dept of Education
PO Box 16448
St. Paul, MN  55116**

|  |
|---|
| **/s/ Bradly E. Allen, Esquire** |

**Bradly E. Allen, Esquire**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**