United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12200-mdc
Alesia Brewer                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Jan 24, 2019
                             Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db             +Alesia Brewer,    5815 Akron Street,    Philadelphia, PA 19149-3403
14220487       +Bradly E. Allen, Esquire,    7711 Castor Avenue,    Philadelphia, PA 19152-3601
14118042       +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14083861       +Midfirst Bank,    999 N.W. Grand Boulevard, Ste. 100,    Oklahoma City, OK 73118-6051
14083862       +Midfirst Bank,    C/O KML Law Group, P.C.,    701 Market Street, Ste. 5000,
                Philadelpha, PA 19106-1541
14083867        Peritus Portfolio Svcs For Westlake Financial,    PO Box  141419,    Irving TX   75014-1419
14083864       +Philadelphia Gas Works,    Bankruptcy Division,    800 W. Montgomery Ave.,
                Philadelphia, PA 19122-2806
14083865       +U.S. Department of Education,    61 Forsyth Street, SW Ste. 19T40,    Atlanta, GA 30303-8919
14086087       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
14196118        US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 25 2019 02:19:28    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2019 02:19:08
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2019 02:19:18    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: peritus@ebn.phinsolutions.com Jan 25 2019 02:19:35
                Westlake - C/O Peritus Portfolio Services,    P.O. BOX 141419,    Irving, TX  75014-1419
14083860       +E-mail/Text: bankruptcy@acacceptance.com Jan 25 2019 02:19:10    American Credit Acceptance,
                961 E. Main Street,    Spartanburg, SC 29302-2185
14195584        E-mail/Text: megan.harper@phila.gov Jan 25 2019 02:19:28    City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
14120786        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2019 02:38:01
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14110434       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 25 2019 02:18:52    PECO Energy Company,
                2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14083863        E-mail/Text: bankruptcygroup@peco-energy.com Jan 25 2019 02:18:52    Peco Energy,
                Bankruptcy Unit,    2301 Market St.,    Philadelphia, PA 19103-1338
14114874       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 25 2019 02:19:10
                WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
14083866       +E-mail/Text: megan.harper@phila.gov Jan 25 2019 02:19:27    Water Revenue Bureau,
                C/O City Of Phila. Law Department,    1401 JFK Boulevard, 5th Floor,
                Philadelphia, PA 19102-1663
                                                                                          TOTAL: 11

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                          Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2            User: JEGilmore           Page 2 of 2             Date Rcvd: Jan 24, 2019
                               Form ID: pdf900           Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
          BRADLY E ALLEN    on behalf of Debtor Alesia  Brewer bealaw@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                  TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : CHAPTER 13

    Alesia Brewer                              : NO. 18-12200/mdc

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
### APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss filed by William C.

Miller, Chapter 13 Trustee and after notice and hearing, it is hereby ORDERED that:

    1. This Chapter 13 bankruptcy is DISMISSED.

    2. Counsel for the Debtor shall file a master mailing list with the Clerk of the

Bankruptcy Court if such has not been previously filed.

    3. Any wage orders previously entered are VACATED.

    4. Pursuant to 11 U.S.C. 349(b)(3), the undistributed chapter 13 plan payments in

the possession of the trustee shall not revest in the entity in which such property was

vested immediately before the commencement of the case. All other property of the estate

shall revest pursuant to 11 U.S.C. 349(b)(3).

    5. All applications for allowance of administrative expenses (including applications

for allowance of professional fees) shall be filed within twenty one(21) days of the entry of

this Order.

    6. Promptly after the expiration of the time period set forth in No. 5 above,

Counsel for the Debtor shall file either: (a) a Certification of No Response confirming that

neither an objection to the proposed compensation nor an application for administrative

expenses has been filed or (2) certify that such application has been filed (after which the

Clerk shall schedule a hearing on all such applications).

    7.  If no Certification, as required above in Paragraph 6 has been entered on the

docket within sixty three (63) days of the entry of this Order, then the Standing Trustee

shall: (a) if any applications for administrative expenses other than debtor's Counsel's have

been filed, request a hearing thereon or (b) if no such applications have been filed, return

the undistributed chapter 13 plan payments in his possession to Debtor pursuant to 11

U.S.C. 1326(a)(2).

                BY THE COURT;

1/24/19

_Magdeline D. Coleman_
**HONORABLE  MAGDELINE D. COLEMAN**
**U.S. BANKRUPTCY JUDGE**