# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Alesia Brewer**   Case No. **18-12200/MDC**

Debtor(s)   Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019 a copy of the Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses was served electronically or by regular United States mail to the parties listed below.

Rebecca Solarz
on behalf of Midfirst Bank

William C. Miller, Chapter 13 Trustee

US Trustee

Regular Mail to:

US Dept of HUD
451 7th Street SW
Washington, DC  20410

PGW
800 W. Montgomery Ave.
Philadelphia, PA 19122

American Credit Corp.
961 E. Main St.
Spartanburg, SC  29302

PECO
2301 Market St.
Philadelphia, PA 19101

City of Philadelphia
Law Dept.
1401 JFK Blvd.
Philadelphia, PA 19102

US Dept of Education
PO Box 16448
St. Paul, MN  55116

Alesia Brewer
5815 Akron Street
Philadelphia, PA 19149

/s/ Bradly E. Allen, Esquire

**7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax:215-725-8288
bealaw@verizon.net**