**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Alesia Brewer       : Chapter 13

             : NO.18-12200/mdc

**CERTIFICATION OF NO RESPONSE TO
ATTORNEY'S APPLICATION FOR COMPENSATION**

An Application for Compensation for Bradly E. Allen, debtor's attorney for Approval of Counsel Fees was filed and Notice of Application was sent on January 21 2019 to all creditors who filed Claims and none of the parties served have filed a Response to Debtor's Application.

            s/BRADLY E. ALLEN, ESQUIRE
            **BRADLY E. ALLEN,**
            **Attorney for Debtor**

Dated: February 14, 2019