## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Alesia Brewer                          : Chapter 13

                                         : NO. 18-12200/mdc

## CERTIFICATION OF NO RESPONSE TO
## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
## APPLICATION FOR ALLOWANCE OF ADMINSTRATIVE EXPENSES

     A copy of the Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses was served on January 31, 2019 to all creditors who filed Claims and to the trustees and none of the parties have filed a response.

                                         **s/BRADLY E. ALLEN, ESQUIRE**
                                         **BRADLY E. ALLEN,**
                                         **Attorney for Debtor**

Dated: February 22, 2019