UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Alesia Brewer

: NO. 18-12200/mdc

ORDER APPROVING COUNSEL FEES
AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation payments held by the Chapter 13 Trustee ("the Application") and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is allowed in favor of the Applicant in the amount of $3,000.00.

3. To the extent that funds are available, the Chapter 13 trustee is authorized to distribute to the Applicant the allowed compensation, less $2,000.00 which was paid by the Debtor pre-petition, as an administrative expense for a payment to Applicant in the amount of $1,000.00.

4. All remaining funds, if any, held by the trustee shall be disbursed in accordance with 11 U.S.C. 349(b)(3).

Dated: February 26, 2019

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE